



Exhibit A1 (MI-D3383)