Exhibit B ("Olivia")





Exhibit B1 (MI-T8612)