Exhibit C ("Jasmin Top")



Exhibit C1 (MI-D3386)