Exhibit D ("Savanna")




Exhibit D1
Runway show, August 14, 2014, Atlanta, GA