

Exhibit E ("Janice")







Exhibit E1 (MI-D3232)





Exhibit E2 (MI-T8613)




Exhibit E3 (MI-18613-E6)




Exhibit E4 (MI-18613)





Exhibit E5