

Exhibit F ("Ally")







Exhibit F1 (MI-1843WPP)



Exhibit F2 (MI-18341CP)

Case 2:14-cv-07735-R-PJW   Document 1-6   Filed 10/06/14   Page 3 of 3   Page ID #:28