

Exhibit G ("Liu")



Exhibit G1
(Runway show in Dallas, TX)




Exhibit G2 (MI-D3388)